EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.*
MARCOS ECHEVARRÍA, acusado y apelante.

No. 2578.—*Visto:* Diciembre 1, 1925. *Resuelto:* Diciembre 16, 1925.

ALIMENTOS (*Food*)—LECHE—LECHE ADULTERADA—PROCESOS CRIMINALES—DE LA EVIDENCIA—PRUEBA DE LA ADULTERACIÓN.—Si para llegar a la conclusión de que la leche está adulterada hay que usar procedimientos que llevan a ese resultado, que no darían otros procedimientos, ello no es obstáculo para concluir que el acusado cometió el delito de adulteración de leche.

SENTENCIA de *R. Díaz Cintrón*, J. (Ponce), condenando al acusado por delito de adulteración de leche. *Confirmada.*

A. *Fiol Negrón,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Marcos Echevarría apela de una sentencia que lo condena por el delito de adulteración de leche y alega como único motivo para su revocación que la corte inferior cometió manifiesto error al declararle culpable con la evidencia que se presentó en el juicio, porque la declaración del químico auxiliar del departamento de Sanidad, Rafael Barreras, perito presentado por la acusación y único testigo esencial, prueba que haciendo el examen de la leche que motivó la acusación de acuerdo con los boletines administrativos del

Departamento de Sanidad la leche hubiera estado buena o a lo más sospechosa y que hubo que acudir a métodos ultra-científicos y modernos para determinar por refracción que la leche estaba adulterada con agua.

La ley castiga la adulteración de la leche con agua y si para llegar a esa conclusión hay que usar procedimientos que llevan a ese resultado, que no darían otros procedimientos, eso no es obstáculo para concluir que el apelante cometió el delito de adulteración de leche.

*La sentencia apelada debe ser confirmada.*

El Juez Asociado Sr. Wolf no intervino en la resolución de este caso.